# United States Court of Appeals
## For the First Circuit

No. 13-1999

UNITED STATES OF AMERICA,

Appellee,

v.

CHRISTIAN J. MORALES,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 27, 2015 is amended as follows:

On page 18, line 20, change "17" to "17-a"